IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 2:03CR10084-001 |
| v. | ) | **FINAL ORDER** |
| **MIKAIL MAKEEN RAHMAN,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the Motion to Vacate, Set Aside or Correct the Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 188) is DENIED. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: December 15, 2011

/s/ James P. Jones
United States District Judge